**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000249**
**13-JUN-2022**
**07:50 AM**
**Dkt. 31 OAWST**

NO. CAAP-22-0000249

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MAUI MEADOWS NEIGHBORHOOD ASSOCIATION, a domestic
non-profit association; & PONO POWER COALITION,
an unincorporated association, Plaintiffs-Appellants, v.
MAUI PLANNING COMMISSION; COUNTY OF MAUI; and
PAEAHU SOLAR LLC, a foreign limited liability company,
Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-21-0000183(3))

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Joint Stipulation to Dismiss Appeal, filed June 7, 2022, by Plaintiffs-Appellants Maui Meadows Neighborhood Association and Pono Power Coalition, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) the parties stipulate to dismiss the appeal and bear their own costs, under Hawaiʻi Rules of Appellate Procedure Rule 42(b); and (3) the

stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed. The parties shall bear their own costs on appeal.

DATED: Honolulu, Hawaiʻi, June 13, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge